UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN HARDNEY, | ) | No. CV 20-7553-SVW (AGR) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| RALPH DIAZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Respondent's motion to dismiss the Petition for Writ of Habeas Corpus is granted and judgment be entered denying the Petition and dismissing this action without prejudice to his ability to file a civil rights action in the appropriate judicial district.

DATED: July 27, 2021

STEPHEN V. WILSON
United States District Judge