UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDNEY,<br><br>    Petitioner,<br><br>  v.<br><br>RALPH DIAZ, Warden,<br><br>    Respondent. | NO. CV 20-7553-SVW (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and this action is dismissed without prejudice to Petitioner's ability to file a civil rights action in the appropriate judicial district.

DATED:   July 27, 2021

                                              STEPHEN V. WILSON
                                              United States District Judge